## Exhibit A

| Item No. | Description |
|---|---|
| 1 | 1 Men's Rolex Oyster Perpetual Date two tone stainless and 18k yellow gold watch with serial number S178476 |
| 2 | 1 Ladies Rolex Oyster Perpetual Date Just Presidential 18k yellow gold watch with serial number 4111148 |
| 3 | 1 Ladies diamond fashion ring in 18K yellow gold |
| 4 | 1 Ladies diamond cluster ring in 18k yellow gold |
| 5 | 1 Suite of fashion necklace & earrings set in 22k yellow gold |
| 6 | 1 Suite of gold jewelry including necklace, earrings, bracelet & ring in 22k yellow gold |
| 7 | Two pairs of hoop earrings in 14k yellow gold |
| 8 | 3 individual 10k yellow gold hoop earrings |
| 9 | 1 single dangle style earring in 22k yellow gold |
| 10 | 1 diamond ring in 10k yellow gold |
| 11 | 1 diamond and sapphire necklace in 18k yellow gold |
| 12 | 5 matching 22k gold bangle bracelets |
| 13 | 7 matching 18k yellow gold hollow form bangle bracelet |
| 14 | 1 pair matching hinged bangle bracelet in 18k yellow gold |
| 15 | 1 rope and double link chain necklace two tone in 14k tri color yellow/pink/white |
| 16 | 1 fancy anchor link style chain necklace in 14k tri color yellow/pink/white |
| 17 | 1 cross pendant necklace in 22k yellow gold |
| 18 | 1 gold necklace with dangles in 22k yellow gold |
| 19 | 1 graduated watch link style bracelet in 22k yellow gold |
| 20 | 1 ornamental and woven link bracelet 21k yellow gold |
| 21 | 1 Mexico and 50 pesos theme pendant in 14k and 10k yellow and white gold |
| 22 | 1 Malverde Sineloa large theme pendant in 14k two tone yellow and white gold |
| 23 | 1 hinged bangle style bracelet w artificial diamond in 14k yellow gold |
| 24 | 1 bead and tassel design necklace in 22k yellow gold |
| 25 | 1 petite bangle bracelet in 14k yellow gold |
| 26 | 1 religious theme pendant in 14k yellow gold with geometric design border |
| 27 | 1 religious theme pendant in 14k yellow gold |
| 28 | 1 figaro style chain necklace in 14k yellow gold |

| | |
|---|---|
| 29 | 1 fancy figaro style chain necklace in 14k two tone yellow/white gold |
| 30 | 1 figaro style chain necklace in 14k yellow gold |
| 31 | 1 figaro style chain necklace in 14k yellow gold |
| 32 | 1 stylized wave theme link bracelet in 14k tri colored gold yellow/green/pink |
| 33 | 2 created ruby rings in 14k yellow gold |
| 34 | 1 petite letter "M" or "W" signet ring in 10k yellow gold |
| 35 | 1 ladies gemstone fashion ring in 10k yellow gold |
| 36 | 1 letter "L" theme signet ring in 21k yellow gold |
| 37 | 1 Geometric cut fashion ring in 22k yellow gold |
| 38 | 1 replica coin theme ring in 22k yellow gold |
| 39 | 1 Fan/wing theme fashion ring in 24k yellow gold |
| 40 | 1 stylized shell theme ring in 21k yellow gold |
| 41 | 1 marquise shape filigree style ring in 21k yellow gold |
| 42 | 1 two-headed serpent theme ring in 21k yellow gold |
| 43 | 1 petite gold band in 21k yellow gold |
| 44 | 1 figural pendant in 10k tri color gold yellow/white/pink |
| 45 | 1 round angel theme charm pendant in 14k yellow gold |
| 46 | 1 pierced dangle style pendant in 24k yellow gold |
| 47 | 1 pair of dangle style earrings in 14k yellow gold |
| 48 | 1 pair of shell theme dangle earrings in 21k yellow gold |
| 49 | 1 pair dangle style earrings in 14k yellow and white gold |
| 50 | 1 pair dangle style earrings in 21k yellow gold |